**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

| | |
|---|---|
| **William T. Couch,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-0038 JMM |
| ) | |
| **Union Security Insurance Company,** ) | |
| ) | |
| **Defendant.** ) | |

**AGREED ORDER GRANTING JOINT MOTION TO STAY DEADLINE FOR SUBMITTING RULE 26(f) REPORT PENDING DETERMINATION OF JURISDICTION**

The Court has before it the parties' Joint Motion to Stay Deadline for Submitting Rule 26(f) Report Pending Determination of Jurisdiction. Upon consideration of the Joint Motion and the record, the Court finds that the Joint Motion should be granted. Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the deadline by which the parties are to submit their Rule 26(f) Report is hereby stayed pending determination by the Court of the jurisdictional questions now before it.

ENTER this 18th day of September, 2008.

_____
JAMES M. MOODY
United States District Judge

APPROVED FOR ENTRY:

/s/  S. Russell Headrick
S. Russell Headrick, TN #5750
Blair Evans, AR #93187
BAKER, DONELSON, BEARMAN
   CALDWELL & BERKOWITZ, P.C.
900 S. Gay Street, Suite 2200
Knoxville, Tennessee 37902
(865) 549-7204 (direct phone)
(865) 633-7204 (direct fax)
 MACROBUTTON HtmlResAnchor
rheadrick@bakerdonelson.com

*Attorney for Defendant, Union*
*Security Insurance Company*


 /s/ Lindsey Castleberry
T. Lindsey Castleberry, ABA# 2007053
GRADY & CASTLEBERRY
Post Office Box 2481
Batesville, Arkansas 72503
(870)793-4147 - telephone
(870)793-4178 - facsimile
        AND
Casey Castleberry, ABA# 2003109
MURPHY, THOMPSON, ARNOLD,
       SKINNER & CASTLEBERRY
Post Office Box 2595
Batesville, Arkansas 72503
(870) 793-3821 - telephone
(870) 793-3815 - facsimile

*Attorneys for Plaintiff, William T. Couch*